**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARZUQ AL-HAKIM,
    Plaintiff,

vs.                    CASE NO. 8:08-CIV-1370-T-17-EAJ

ASHLEY ROBERTS, etc., et al.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion to disqualify judge (Docket No. 4) and response thereto (Docket No. 6). The Court find the response persuasive and incorporates it by reference herein. Accordingly, it is

**ORDERED** that the plaintiff's motion to disqualify judge (Docket No. 4) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of August, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: All parties and counsel of record